Andrew Troiano and Andrew De Fina, Respondents, v. Charles E. Egan and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Marcus Mayer and Others, Appellants, v. Angelo R. Monzo, Respondent.— Order entered on December 5, 1912, affirmed; order entered on December 26, 1912, reversed, with ten dollars costs and disbursements to appellants, and motion for retaxation of costs denied. No opinion.

The People of the State of New York v. Matthew Coyle.— Motion to dismiss appeal granted.

The People of the State of New York v. Max Enoch.— Motion to dismiss appeal granted.

The People of the State of New York v. Louis Hoffman and Abraham Epstein.— Motion to dismiss appeal granted.

Phillip Katz v. J. A. Burns Company.— Motion to dismiss appeal granted, with ten dollars costs.

Morris David v. William Einhorn and Others.— Motion to dismiss appeal granted, with ten dollars costs.

Bon Ton Tailoring Company v. Champion Laundry.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order.

Richard F. Hall v. Central Fish Company.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order.

In the Matter of Louisa M. Stenton, Deceased.— Motions to dismiss appeals granted, with ten dollars costs, unless appellant complies with terms stated in orders.

Charles Jungman v. Bernard Naumberg.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order.

Johanna Reardon v. The City of New York.— Application denied, with ten dollars costs. Order signed.

New York Times Company v. Julius Lichtenstein.— Application denied, with ten dollars costs. Order signed.

Mary Jenkins v. Fanny Gruon and Others.— Application granted. Order signed.

Harry G. W. Pilcer v. Hurtig & Seamon.— Application denied, with ten dollars costs. Order signed.

Harry G. W. Pilcer v. Hurtig & Seamon.— Motion for stay denied, with ten dollars costs.

Equitable Trust Company of New York v. Solomon Leichter.— Application denied, with ten dollars costs. Order signed.

Charles Hofferberth v. Smith & Uhlig Company and Others.— Application denied, with ten dollars costs. Order signed.

Broadway Improvement Company v. Simon D. Harris and Others.— Application denied, with ten dollars costs. Order signed.

David H. Gaines v. The City of New York.— Application granted. Order signed.